The application is denied. It is not mandatory to order the appointment of a sanity commission upon the mere filing of a motion for same. Such an order issues upon judicial determination of reasonable grounds for same. However, since the trial judge has discharged the jury, no useful purpose can be served by granting the application at this time.

222 So.2d 69

**STATE of Louisiana ex rel.
Earl MITCHELL**

**v.**

**C. Murray HENDERSON, Warden
Louisiana State Penitentiary.**

**No. 49876.**

May 19, 1969.

In re: Earl Mitchell applying for writ of habeas corpus.

Application denied. The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.